BRISBAN *ads.* HOYT.

MOTION for a commission to examine witnesses. The affidavit on which the motion was founded did not state that the defendant had a good and substantial defence on the merits, as advised by counsel. It detailed the probable testimony of the witness, but not in a sufficiently explicit manner to enable the court to judge that it would amount to a good defence.

On a motion for a commission, the affidavit must state the party has a defence on the merits.

NEW-YORK,
May, 1828.

The People
v.
Judges of
Oneida.

*Chandler*, for defendant.

*Brown*, for plaintiff.

*By the Court*, SAVAGE, C. J. The motion is denied, with costs. Where the effect of a rule granting a commission is to stay the proceedings, the affidavit must state the party has a defence on the merits. (2 *Johns. Cas.* 285.)